2024R00930/JM

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Mag. No. 26 - 1134 (SAK) |
| v. | 18 U.S.C. §§ 1791(a)(1) and (b)(5) |
| JOHN GRINNELL | |

## INFORMATION

The United States charges:

On or about November 19, 2024, in Burlington County, in the District of New Jersey, the defendant,

### JOHN GRINNELL,

contrary to Federal Bureau of Prisons rules and regulations, including 28 C.F.R. § 551.163, provided and attempted to provide a prohibited object, to wit tobacco, to inmates of FCI Fort Dix, a federal correctional institution.

In violation of Title 18, United States Code, Sections 1791(a)(1) and (b)(5).

ROBERT FRAZER
United States Attorney

Joseph McFarlane
Assistant U.S. Attorney

Approved:

*Ronnell L. Wilson*
Ronnell L. Wilson
Chief, Special Prosecutions Division

CASE NUMBER: _____

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

## UNITED STATES OF AMERICA

v.

## JOHN GRINNELL

## INFORMATION FOR

## 18 U.S.C. §§ 1791(a)(1) and (b)(5)

## ROBERT FRAZER
United States Attorney

## JOSEPH MCFARLANE
*ASSISTANT U.S. ATTORNEY*
*CAMDEN, NEW JERSEY*
*856-757-5026*